# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lauren Hope Burton<br>  aka Lauren H. Burton<br>  aka Lauren Burton<br>  aka Lauren Douma<br>  aka Lauren Hope Douma<br>  aka Lauren H. Douma<br><br>      Debtor | BK NO. 19-02995 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                 Respectfully submitted,


                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-627-1322