United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                Case No. 19-02995-MJC
Lauren Hope Burton                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                         User: AutoDocke                                                 Page 1 of 1
Date Rcvd: Apr 23, 2024                               Form ID: pdf010                                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: chelsea.larson@pennfoster.edu | Apr 23 2024 18:36:00 | PENN FOSTER INC., 925 Oak Street, Scranton, PA 18515 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                                       Signature:                  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Lauren Hope Burton tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LAUREN HOPE BURTON | : | |
| Debtor(s) | : | CASE NO. 5:19-02995-MJC |

*************************************************************************

| | |
|---|---|
| LAUREN HOPE BURTON | : |
| MOVANT | : |
| vs. | : |
| PENN FOSTER INC. and | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENTS | : |

*************************************************************************
**ORDER**
*************************************************************************

Upon consideration of the above-named Debtor having filed a Motion to Terminate Wage Attachment for Trustee Payments under Chapter 13 of the Bankruptcy Code, Dkt. # 41 ("Motion"), it is hereby

**ORDERED** that said Motion is **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated January 8, 2020 is hereby terminated.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 23, 2024