United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 19-02995-MJC

Lauren Hope Burton                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                                 Page 1 of 4
Date Rcvd: Aug 29, 2024                         Form ID: fnldecnd                                         Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5221957 | + | Bison Green Lending, P,.O. Bos 1911, Pined Ridge, SD 57770-1911 |
| 5221960 | + | Commonwealth Health, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5221962 | + | Eric Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221968 | + | Gentle Breeze, 8 Crestwood Rd., Boulevard, CA 91905-9725 |
| 5221969 | + | Green Trust Cash, LLC, P.O. Box 340, Hays, MT 59527-0340 |
| 5221977 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5221979 | | Nelnet, P.O. Box 82658, Lincoln, NE 68501-2658 |
| 5221985 | + | Pocono Medical Care, 303 W. Harford St., Milford, PA 18337-1116 |
| 5245945 | + | Pocono Medical Care Inc, 301-303 W Harford St, Milford, PA 18337-1106 |
| 5221988 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5221954 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 29 2024 18:52:00 | Absolute Resolutions Investments, LLC, 591 Camino De Reina, San Diego, CA 92108 |
| 5229411 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 29 2024 18:52:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5221955 | + | Email/PDF: bncnotices@becket-lee.com | Aug 29 2024 19:12:59 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5234402 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2024 19:02:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221956 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2024 18:52:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5237807 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 29 2024 18:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5221958 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 19:12:54 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5243976 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2024 19:12:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221959 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 18:53:00 | Comenity Bank/Victoria's Secret, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5221961 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 19:01:24 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |

| ID | | Notice Method | Timestamp | Recipient |
|---|---|---|---|---|
| 5221974 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 19:02:27 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5221965 | | Email/Text: BNSFN@capitalsvcs.com | Aug 29 2024 18:53:00 | First National Credit Card, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 5221963 | | Email/Text: bnc-bluestem@quantum3group.com | Aug 29 2024 18:53:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 5221964 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 29 2024 18:53:00 | Fingerhut, 6250 Ridgewood Rd., St. Cloud, MN 56303-0820 |
| 5221966 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 29 2024 19:02:02 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5221967 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 29 2024 18:54:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5221970 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 29 2024 18:53:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 5221972 | | Email/Text: tullio.deluca@verizon.net | Aug 29 2024 18:53:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5221973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:02:03 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5224316 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:02:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5221975 | + | Email/Text: bankruptcy@moneylion.com | Aug 29 2024 18:53:00 | MoneyLion, Inc., P.O. Box 1547, Sandy, UT 84091-1547 |
| 5221976 | + | Email/Text: bankruptcy@moneylion.com | Aug 29 2024 18:53:00 | MoneyLion. Inc., 30 W. 21st St., Floor 9, New York, NY 10010-6957 |
| 5221978 | + | Email/Text: Bankruptcies@nragroup.com | Aug 29 2024 18:53:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5221980 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 29 2024 18:53:00 | Nelnet/Educational Financial, 3015 S. Parker Rd., Ste. 400, Aurora, CO 80014-2904 |
| 5221981 | + | Email/Text: bankruptcy@oneclickcash.com | Aug 29 2024 18:53:00 | One Click Cash, 52946 Hwy 12, Ste. #3, Niobrara, NE 68760-7085 |
| 5232229 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:52 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5221982 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:22 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5221984 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 18:53:00 | PNC Bank, 6750 Miller Rd., Brecksville, OH 44141 |
| 5247065 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 18:53:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5221986 | | Email/Text: signed.order@pfwattorneys.com | Aug 29 2024 18:53:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 7054 |
| 5237437 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 18:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5264571 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 18:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5245444 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 18:53:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5264572 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 18:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Sadino Funding LLC 98083-0788 |
| 5245439 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 18:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5233365 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 18:53:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221987 | + | Email/Text: bankruptcy@ldf-holdings.com | Aug 29 2024 18:53:00 | RadiantCash, P.O. Bopx 1183, Lac Du Flmnbeau, WI 54538-1183 |
| 5221989 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 29 2024 19:02:02 | Sofi Lending Corp., One Letterman Drive, Building A, San Fransico, CA 94129-1518 |
| 5221990 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 29 2024 19:01:21 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176 |
| 5227389 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 19:01:27 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5247989 | + | Email/Text: bncmail@w-legal.com | Aug 29 2024 18:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5221991 | + | Email/Text: bncmail@w-legal.com | Aug 29 2024 18:53:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 5227185 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 29 2024 18:53:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221971 | *+ | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221983 | ##+ | Physicians Health Alliance, P.O. Box 618, Dunmore, PA 18512-0618 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Tullio DeLuca
    on behalf of Debtor 1 Lauren Hope Burton tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lauren Hope Burton,<br>aka Lauren Burton, aka Lauren H. Burton, aka Lauren Douma, aka Lauren H. Douma, aka Lauren Hope Douma, | Chapter | 13 |
| | Case No. | 5:19−bk−02995−MJC |

**Debtor 1**

Social Security No.:
xxx−xx−6142

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Lauren Hope Burton** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 29, 2024

**fnldec** (01/22)