In re:  
Lauren Hope Burton  
    Debtor

Case No. 19-02995-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 17, 2024      Form ID: pdf010      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5221957 | + | Bison Green Lending, P,.O. Bos 1911, Pined Ridge, SD 57770-1911 |
| 5221960 | + | Commonwealth Health, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5221962 | + | Eric Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221968 | + | Gentle Breeze, 8 Crestwood Rd., Boulevard, CA 91905-9725 |
| 5221969 | + | Green Trust Cash, LLC, P.O. Box 340, Hays, MT 59527-0340 |
| 5221977 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5221979 | | Nelnet, P.O. Box 82658, Lincoln, NE 68501-2658 |
| 5221985 | + | Pocono Medical Care, 303 W. Harford St., Milford, PA 18337-1116 |
| 5245945 | + | Pocono Medical Care Inc, 301-303 W Harford St, Milford, PA 18337-1106 |
| 5221988 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5221954 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 17 2024 18:42:00 | Absolute Resolutions Investments, LLC, 591 Camino De Reina, San Diego, CA 92108 |
| 5229411 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 17 2024 18:42:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5221955 | + | Email/PDF: bncnotices@becket-lee.com | Oct 17 2024 18:55:15 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5234402 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2024 18:56:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221956 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2024 18:42:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5237807 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 17 2024 18:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5221958 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2024 18:40:14 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5243976 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2024 18:56:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221959 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2024 18:42:00 | Comenity Bank/Victoria's Secret, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5221961 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2024 18:54:45 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |

| Recipient ID | | Notice Method | Timestamp | Address |
|---|---|---|---|---|
| 5221974 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2024 18:54:53 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5221965 | | Email/Text: BNSFN@capitalsvcs.com | Oct 17 2024 18:42:00 | First National Credit Card, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 5221963 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2024 18:42:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 5221964 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2024 18:42:00 | Fingerhut, 6250 Ridgewood Rd., St. Cloud, MN 56303-0820 |
| 5221966 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 17 2024 18:40:14 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5221967 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 17 2024 18:42:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5221970 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2024 18:42:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 5221972 | | Email/Text: tullio.deluca@verizon.net | Oct 17 2024 18:42:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5221973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 18:54:51 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5224316 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 18:55:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5221975 | + | Email/Text: bankruptcy@moneylion.com | Oct 17 2024 18:42:00 | MoneyLion, Inc., P.O. Box 1547, Sandy, UT 84091-1547 |
| 5221976 | + | Email/Text: bankruptcy@moneylion.com | Oct 17 2024 18:42:00 | MoneyLion. Inc., 30 W. 21st St., Floor 9, New York, NY 10010-6957 |
| 5221978 | + | Email/Text: Bankruptcies@nragroup.com | Oct 17 2024 18:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5221980 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 18:42:00 | Nelnet/Educational Financial, 3015 S. Parker Rd., Ste. 400, Aurora, CO 80014-2904 |
| 5221981 | + | Email/Text: bankruptcy@oneclickcash.com | Oct 17 2024 18:42:00 | One Click Cash, 52946 Hwy 12, Ste. #3, Niobrara, NE 68760-7085 |
| 5232229 | + | Email/PDF: cbp@omf.com | Oct 17 2024 18:55:35 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5221982 | + | Email/PDF: cbp@omf.com | Oct 17 2024 18:55:38 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5221984 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 18:42:00 | PNC Bank, 6750 Miller Rd., Brecksville, OH 44141 |
| 5247065 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 18:42:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5221986 | | Email/Text: signed.order@pfwattorneys.com | Oct 17 2024 18:42:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 7054 |
| 5237437 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2024 18:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5264571 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 18:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5245444 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 18:42:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5264572 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 18:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5245439 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 18:42:00 | Sadino Funding LLC 98083-0788 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5233365 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2024 18:42:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221987 | + | Email/Text: bankruptcy@ldf-holdings.com | Oct 17 2024 18:42:00 | RadiantCash, P.O. Bopx 1183, Lac Du Flmnbeau, WI 54538-1183 |
| 5221989 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 17 2024 18:54:58 | Sofi Lending Corp., One Letterman Drive, Building A, San Fransico, CA 94129-1518 |
| 5221990 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 17 2024 18:56:19 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176 |
| 5227389 | | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2024 18:40:14 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5247989 | + | Email/Text: bncmail@w-legal.com | Oct 17 2024 18:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5221991 | + | Email/Text: bncmail@w-legal.com | Oct 17 2024 18:42:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 5227185 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 18:42:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221971 | *+ | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221983 | ##+ | Physicians Health Alliance, P.O. Box 618, Dunmore, PA 18512-0618 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Lauren Hope Burton tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| LAUREN HOPE BURTON | : | CASE NO. 5:19-bk-02995-MJC |
| | : | |
| Debtor(s) | : | |

*************************************************************************
**ORDER**
*************************************************************************

Upon consideration of Debtor's Motion to Reopen Chapter 13 Case for Filing of Certificate in Support of Discharge, Dkt. # 52 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the above-captioned case is hereby reopened for the purpose of permitting Debtor to file Certifications Regarding Domestic Support Obligations and Section 522(q), Official Form 2830, **on or before October 31, 2024** to obtain an Order for Discharge under 11 U.S.C. §1328 or the case may be closed without further notice; and it is further

**ORDERED** that the Clerk of Court shall enter a Discharge of Debt on behalf of Debtor pursuant to 11 U.S.C. §1328, provided all required documents have been properly submitted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 16, 2024