United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02995-MJC
Lauren Hope Burton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Oct 18, 2024      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5221957 | + | Bison Green Lending, P,.O. Bos 1911, Pined Ridge, SD 57770-1911 |
| 5221960 | + | Commonwealth Health, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5221962 | + | Eric Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221968 | + | Gentle Breeze, 8 Crestwood Rd., Boulevard, CA 91905-9725 |
| 5221969 | + | Green Trust Cash, LLC, P.O. Box 340, Hays, MT 59527-0340 |
| 5221977 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5221979 | | Nelnet, P.O. Box 82658, Lincoln, NE 68501-2658 |
| 5221985 | + | Pocono Medical Care, 303 W. Harford St., Milford, PA 18337-1116 |
| 5245945 | + | Pocono Medical Care Inc, 301-303 W Harford St, Milford, PA 18337-1106 |
| 5221988 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5221954 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 18 2024 18:39:00 | Absolute Resolutions Investments, LLC, 591 Camino De Reina, San Diego, CA 92108 |
| 5229411 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 18 2024 18:39:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5221955 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 19:00:07 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5234402 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 18:59:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221956 | | EDI: BANKAMER | Oct 18 2024 22:43:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5237807 | + | EDI: BANKAMER2 | Oct 18 2024 22:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5221958 | + | EDI: CAPITALONE.COM | Oct 18 2024 22:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5243976 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 18:48:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221959 | | EDI: WFNNB.COM | Oct 18 2024 22:43:00 | Comenity Bank/Victoria's Secret, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5221961 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2024 18:47:57 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5221974 | EDI: CITICORP | Oct 18 2024 22:43:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5221965 | Email/Text: BNSFN@capitalsvcs.com | Oct 18 2024 18:39:00 | First National Credit Card, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 5221963 | EDI: BLUESTEM | Oct 18 2024 22:43:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 5221964 | + EDI: BLUESTEM | Oct 18 2024 22:43:00 | Fingerhut, 6250 Ridgewood Rd., St. Cloud, MN 56303-0820 |
| 5221966 | EDI: AMINFOFP.COM | Oct 18 2024 22:43:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5221967 | EDI: PHINGENESIS | Oct 18 2024 22:43:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5221970 | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2024 18:39:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 5221972 | Email/Text: tullio.deluca@verizon.net | Oct 18 2024 18:39:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5221973 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 18:48:12 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5224316 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 18:48:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5221975 | + Email/Text: bankruptcy@moneylion.com | Oct 18 2024 18:39:00 | MoneyLion, Inc., P.O. Box 1547, Sandy, UT 84091-1547 |
| 5221976 | + Email/Text: bankruptcy@moneylion.com | Oct 18 2024 18:39:00 | MoneyLion. Inc., 30 W. 21st St., Floor 9, New York, NY 10010-6957 |
| 5221978 | + Email/Text: Bankruptcies@nragroup.com | Oct 18 2024 18:39:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5221980 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 18 2024 18:39:00 | Nelnet/Educational Financial, 3015 S. Parker Rd., Ste. 400, Aurora, CO 80014-2904 |
| 5221981 | + Email/Text: bankruptcy@oneclickcash.com | Oct 18 2024 18:39:00 | One Click Cash, 52946 Hwy 12, Ste. #3, Niobrara, NE 68760-7085 |
| 5232229 | + EDI: AGFINANCE.COM | Oct 18 2024 22:43:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5221982 | + EDI: AGFINANCE.COM | Oct 18 2024 22:43:00 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5221984 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 18:39:00 | PNC Bank, 6750 Miller Rd., Brecksville, OH 44141 |
| 5247065 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 18:39:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5221986 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 18:39:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 7054 |
| 5237437 | + EDI: JEFFERSONCAP.COM | Oct 18 2024 22:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5264571 | EDI: Q3G.COM | Oct 18 2024 22:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5245444 | EDI: Q3G.COM | Oct 18 2024 22:43:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5264572 | + EDI: Q3G.COM | Oct 18 2024 22:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5245439 | | EDI: Q3G.COM | Oct 18 2024 22:43:00 | Sadino Funding LLC 98083-0788<br>Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5233365 | | EDI: Q3G.COM | Oct 18 2024 22:43:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221987 | + | Email/Text: bankruptcy@ldf-holdings.com | Oct 18 2024 18:39:00 | RadiantCash, P.O. Bopx 1183, Lac Du Flmnbeau, WI 54538-1183 |
| 5221989 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 18 2024 18:48:33 | Sofi Lending Corp., One Letterman Drive, Building A, San Fransico, CA 94129-1518 |
| 5221990 | | EDI: AISTMBL.COM | Oct 18 2024 22:43:00 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176 |
| 5227389 | | EDI: AIS.COM | Oct 18 2024 22:43:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5247989 | + | Email/Text: bncmail@w-legal.com | Oct 18 2024 18:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5221991 | + | EDI: WTRRNBANK.COM | Oct 18 2024 22:43:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 5227185 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 18 2024 18:39:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5221971 | *+ | Lauren Hope Burton, 536 Deerfield Dr., S. Abington, PA 18411-1315 |
| 5221983 | ##+ | Physicians Health Alliance, P.O. Box 618, Dunmore, PA 18512-0618 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Tullio DeLuca
    on behalf of Debtor 1 Lauren Hope Burton tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lauren Hope Burton <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6142 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-02995-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lauren Hope Burton
aka Lauren Burton, aka Lauren H. Burton, aka
Lauren Douma, aka Lauren H. Douma, aka
Lauren Hope Douma

10/18/24

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2